RICHARD J. SIMONS, ESQ.  SBN: 72676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, CA  94541
510/582-1080 Telephones
510/582-8254 Facsimile
Rick@fjslaw.com

Attorneys for Plaintiff
CHARLES DAVIS JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES DAVIS JR.,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.

No: C 08-04538 JCS

ORDER CONTINUING INITIAL
CMC AND RELATED DATES

The Stipulation of the parties having been received, and good cause appearing, the Initial CMC in this action is Ordered continued from January 9, 2009, to _____March 27_____, 2009, at 1:30 p.m. in Courtroom A.  All related Case Management and ADR process deadlines previously in place are continued in accordance with the newly set CMC date.

Dated:  12/9/8

_____
THE HONORABLE JOSEPH C. SPERO
Magistrate Judge

*[Signed: Judge Joseph C. Spero — United States District Court, Northern District of California seal]*

FURTADO, JASPOVICE
& SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

1

ORDER CONTINUING INITIAL
CMC AND RELATED DATES