JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865     Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorneys for Defendants
City of Oakland and Hector Chavez
25878/585882

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, a Public Entity, and HECTOR CHAVEZ, an individual; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. C 08-04538 JCS<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING DISCOVERY/EXPERT DISCLOSURE DEADLINES** |

### INTRODUCTION

Plaintiff was rendered a paraplegic after being shot by an Oakland police officer on January 15, 2007. During the initial case management conference, the Court assigned the following dates:

- All non-expert discovery shall be completed by August 25, 2009.

- All expert disclosures required by the Federal Rules of Civil Procedure shall be made by October 9, 2009.

- All discovery from experts shall be completed by November 4, 2009.

- All dispositive motions shall be served and filed not less than **thirty-five (35) days** prior to the scheduled hearing date of **December 11, 2009, at 9:30 a.m.**

On June 12, 2009, the Court ordered this case to a settlement conference to before Magistrate Judge James Larson. Judge Larson recently scheduled the conference for September 25, 2009, the earliest date that he and counsel are available. **The trial is to commence on April 5, 2010.**

In order to minimize litigation expense during the settlement process, the parties wish to extend the deadlines set forth above.

## STIPULATION

The parties hereby stipulate that:

- All non-expert discovery shall be completed by December 31, 2009.

- All expert disclosures required by the Federal Rules of Civil Procedure shall be made by January 15, 2010.

- All discovery from experts shall be completed by February 8, 2010.

- All dispositive motions shall be served and filed not less than **thirty-five (35) days** prior to the scheduled hearing date of **February 5, 2010, at 9:30 a.m.**

Date: 7/16/09

STEPHEN Q. ROWELL, ESQ.
Attorney for Defendants
CITY OF OAKLAND, et al.

Date: 7/16/09

RICHARD J. SIMONS, ESQ
Attorney for Plaintiff

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | **ORDER** |
| 6 | **It is so ordered.** |
| 7 | |
| 8 | |
| 9 | Dated: July 27, 2009 |

MAGISTRATE JUDGE JOSEPH C. SPERO
United States District Court